UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**ASHLEY MOODY and AUTUMN TERRELL,**
on behalf of themselves and on behalf of
all others similarly situated,

      Plaintiffs,

v.                                                      Case No.: 16-60364-WPD

**ASCENDA USA INC. d/b/a 24-7 INTOUCH,**
**and VERIFIED CREDENTIALS, INC.,**

      Defendants.
_____/

**JOINT MOTION TO EXTEND DEADLINE TO FINALIZE AND SEEK APPROVAL OF THE CLASS-WIDE SETTLEMENTS BETWEEN PLAINTIFFS AND ASCENDA USA INC. d/b/a 24-7 INTOUCH**

      Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs Ashley Moody and Autumn Terrell ("Plaintiffs") and Defendants Ascenda USA Inc. d/b/a 24-7 Intouch ("Ascenda") (the "Parties") respectfully move for a short one-week enlargement of the deadline set forth in the Court's September 20, 2017 Order (ECF No. 90) to execute their class-wide Settlement and to move for preliminary approval of that Settlement. The Parties are finalizing their written settlement agreement (the "Ascenda Settlement Agreement"), but request a short 7-day extension of time—until October 20, 2017—to complete that process and execute that Settlement Agreement and for Plaintiffs to file their motion for preliminary approval. In support of this joint motion, the Parties state the following:

      1.    On August 7, 2017, the Parties filed a Joint Motion To Stay Entire Case Pending Finalization And Approval Of The Parties' Respective Class-Wide Settlements ("Joint Motion To Stay"). (ECF No. 87). The Parties informed the Court that they have reached in principle

two class-wide settlements—one between Plaintiffs and Ascenda (the "Ascenda Settlement") and one between Plaintiff Moody and Verified (the "Verified Settlement") (collectively, the "Settlements")—that, if approved, will resolve this action in its entirety.  (*Id.*)  The Joint Motion To Stay requested time to negotiate and memorialize these Settlements in writing and sought a stay of all proceedings pending execution and approval of the Settlements.  (*Id.*)

2. On August 8, 2017, the Court entered an Order granting the Joint Motion for Stay pending the execution and approval of the Parties' class-wide Settlements.  (ECF No. 88.)  In its Order, the Court adopted the Parties' proposal to set September 21, 2017 as the deadline for executing the written Settlements and filing their respective motions for preliminary approval. (*Id.*).  In response to the Parties' request for additional time (ECF No. 89), the Court granted a further extension through October 13, 2017. (ECF No. 90.)

3. Pursuant to Rule 6(b), when an act must be done within a specified time, this Court can extend the time to do so for "good cause." Fed. R. Civ. P. 6(b). The Parties request a short 7-day extension—from October 13, 2017 until October 20, 2017—of the deadline set forth in the Court's September 20, 2017 Order.

4. Good cause exists for this relief.  The Parties expect to finalize the Ascenda Settlement Agreement over the next few days, and Plaintiff will prepare a motion for final approval consistent with that final written Settlement Agreement.  An additional week is needed to complete this process.  In addition, the Court granted a similar extension request with respect to this Verified Settlement.  Nor will this request will cause any prejudice because this case has been administratively closed pending the Parties' execution of the Settlement Agreements and the Court's final approval of them.  Lastly, the Parties do not anticipate requesting any additional extensions.

5. This extension is jointly being sought in good faith and not for delay or any other improper purpose.

WHEREFORE, the Parties respectfully request that the Court grant their joint motion and enter the attached Order that extends the deadline with respect to the Ascenda Settlement in the Court's September 20, 2017 Order by 7 days—until Friday, October 20, 2017.

DATED this 13th day of October 2017.

Respectfully Submitted,

/s/ *Brandon Hill*
Luis A. Cabassa
Florida Bar No. 0053643
Brandon Hill
Florida Bar No. 37061
Wenzel Fenton Cabassa, P.A.
1110 North Florida Ave., Suite 300
Tampa, FL 33602
Telephone: 813-224-0431
Facsimile: 813-229-8719
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com

*Counsel for Plaintiffs*

/s/ *Brian M. Ercole*
Brian M. Ercole
Florida Bar No. 0102189
Morgan, Lewis & Bockius LLP
5300 Southeast Financial Center
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: 305.415.3416
Facsimile: 305.415.3001
brian.ercole@morganlewis.com

Gregory T. Parks *(admitted pro hac vice)*
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921
Telephone: 215.963.5170
Facsimile: 215.963.5001
gregory.parks@morganlewis.com

*Counsel for Defendant Ascenda USA Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of October 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to all counsel of record.

/s/ Brian M. Ercole
Brian M. Ercole
