UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**ASHLEY MOODY and AUTUMN TERRELL,**
on behalf of themselves and on behalf of
all others similarly situated,

    Plaintiffs,

v.                                                  Case No. : 16-60364-WPD

**ASCENDA USA INC. d/b/a 24-7 INTOUCH,**
**and VERIFIED CREDENTIALS, INC.,**

    Defendants.
_____/

**PLAINTIFF MOODY'S AND VERIFIED CREDENTIALS, INC.'S**
**MOTION TO EXTEND DEADLINE TO FINALIZE AND SEEK APPROVAL**
**OF CLASS SETTLEMENT AGREEMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Ashley Moody and Defendant Verified Credentials, Inc. ("Verified") (collectively, the "Parties") respectfully move for an additional two week enlargement of the deadline set forth in the Court's October 13, 2017 Order (ECF No. 92) to execute their class-wide Settlement and to move for preliminary approval. The Parties continue to diligently work toward finalizing their Settlement Agreement, Motion for Preliminary Approval, notices to class members, and other settlement papers. However, for the reasons explained below, the Parties and their counsel require an additional two weeks to review proposed revisions to the current drafts of the settlement papers and the Parties' counsel require additional time to meet and confer to discuss the form of the final settlement papers, which taken together will be over 75 pages.

Accordingly, the Parties respectfully request that the Court enter an Order extending the deadline to file all settlement papers. If granted, the Parties will file their settlement papers on or

before November 3, 2017.  The Parties do not anticipate any further requests to extend the deadline for filing the settlement papers in this matter.  In support of this joint motion, the Parties state the following:

1. On August 7, 2017, the Parties filed a Joint Motion To Stay Entire Case Pending Finalization And Approval Of The Parties' Respective Class-Wide Settlements ("Joint Motion To Stay").  (ECF No. 87).  The Parties informed the Court that they reached in principle two class-wide settlements—one between Plaintiffs and Ascenda and one between Plaintiff Moody and Verified (the "Verified Settlement").  If approved, these settlements will resolve this action in its entirety.  (*Id.*)  The Joint Motion To Stay requested time to negotiate and memorialize the Settlements in writing and sought a stay of all proceedings pending execution and approval of the Settlements.  (*Id.*)

2. On August 8, 2017, the Court entered an Order granting the Joint Motion for Stay pending the execution and approval of the Parties' class-wide Settlements.  (ECF No. 88.)  In its Order, the Court adopted the Parties' proposal to set September 21, 2017 as the deadline for executing the written Settlements and filing their respective motions for preliminary approval.  (*Id.*).  On September 20, 2017, the Parties requested additional time to draft, negotiate and finalize the Settlement Agreement and other papers.  (ECF No. 89.)  This additional time was made necessary, in part, because progress on the settlement papers was slowed as a result of Hurricane Irma.  The Court granted a further extension through October 13, 2017.  (ECF No. 90.)

3. On October 12, 2017, the Parties moved for an additional one week extension of time to finalize all settlement papers.  (ECF No. 91.)  At that time, the Parties reasonably believed that they would be able to complete and file all the necessary settlement papers by

October 20, 2017.  The Parties did not want to request additional time that they reasonably believed was unnecessary.  On October 13, 2017, the Court granted the Parties' motion for an additional extension of time.  (ECF No. 92.)  On October 16, 2017, the Court also granted an extension of time for Plaintiffs and Ascenda to finalize and file their settlement papers.  (ECF No. 94.)

4. Pursuant to Rule 6(b), when an act must be done within a specified time, this Court can extend the time to do so for "good cause." Fed. R. Civ. P. 6(b). The Parties request a 14 day extension—from October 20, 2017 until November 3, 2017—of the deadline set forth in the Court's October 13, 2017 Order.

5. Good cause exists for this relief.  The Parties have continued to diligently work toward finalizing the Settlement Agreement, Motion for Preliminary Approval, notices to class members, and other settlement papers.  The Parties did not anticipate that they would require additional time to finalize all settlement papers.  Although the Parties' counsel have exchanged and reviewed draft settlement papers, they require additional time to review with their clients, propose and complete final revisions and confer regarding the final terms of the Settlement Agreement, Motion for Preliminary Approval and the other settlement papers necessary to effectuate the settlement of this matter and move forward toward preliminary approval, the notice and administration period and a final fairness hearing.  Accordingly, the Parties respectfully request an additional two week extension of time to finalize and file all settlement papers.

6. This request will not cause any prejudice.  This case has been administratively closed pending the Parties' execution of the Settlement Agreement and the Court's final approval.  In addition, Plaintiffs and Ascenda have not yet filed their own settlement papers.

3

7.     This extension is jointly being sought in good faith and not for delay or any other improper purpose.

WHEREFORE, the Parties respectfully request that the Court grant their joint motion and enter the attached Order that extends the settlement-related deadline in the Court's October 13, 2017 Order by 14 days—until Friday, November 3, 2017.

DATED this 19th day of October, 2017.

Respectfully Submitted,

/s/ *Brandon Hill*
Luis A. Cabassa
Florida Bar No. 0053643
Brandon Hill
Florida Bar No. 37061
Wenzel Fenton Cabassa, P.A.
1110 North Florida Ave., Suite 300
Tampa, FL 33602
Telephone: 813-224-0431
Facsimile: 813-229-8719

/s/ *Suzanne A. Singer*

Suzanne A. Singer
Rumberger Kirk & Caldwell
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, FL
Telephone: (305) 358-5577
Facsimile: (305) 371-7580

Pamela Q. Devata
John W. Drury
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
pdevata@seyfarth.com
jdrury@seyfarth.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to all counsel of record.

/s/ *Suzanne A. Singer*