**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**ASHLEY MOODY and AUTUMN TERRELL,**
on behalf of themselves and on behalf of
all others similarly situated,

    Plaintiffs,

v.                                                                    Case No.: 16-60364-WPD

**ASCENDA USA INC. d/b/a 24-7 INTOUCH,**
**and VERIFIED CREDENTIALS, INC.,**

    Defendants.
_____/

**PLAINTIFFS' STATUS REPORT REGARDING**
**DISTRIBUTION OF SETTLEMENT FUNDS TO ASCENDA CLASS MEMBERS**

Plaintiffs Ashley Moody and Autumn Terrell, by Counsel, submit this Status Report to apprise the Court of an agreed reduction in the attorneys fees approved and ordered in order to increase the amount to be distributed to members of the Disclosure Form Settlement Class and the Pre-Adverse Action Notice Subclass. (*See* Doc. 113 ¶ 4.)

The Court granted preliminary approval to the settlement with Ascenda on October 24, 2017, approving form notices to be provided to members of both the Class and Subclass. (Doc. 101.) The Court granted final approval to the settlement on March 12, 2018, finding among other things that the notice provided to the Class and Subclass satisfied due process. (Doc. 113 ¶ 7.) The notices apprised Class and Subclass Members of the approximate amounts that they stood to receive from the Settlement Fund—$60 for the Disclosure Form Class, and $60 for the Pre-Adverse Action Subclass. (*See* Ex. 1.)  These figures depended upon several still open variables – principally, final number of class members with valid addresses.

After notice and without any class member objections, the Court approved an attorneys fee in accordance with the negotiated Settlement Agreement and totaling $363,000. However, when the class administrator this week determined the exact amounts of the checks to be distributed to members of the Class and Subclass, the Settlement Administrator advised Counsel for the Parties that members of the Disclosure Form Class would receive checks for **$59.81**, and members of the Pre-Adverse Action Subclass would receive **$119.62**.

Class actions settlements often receive criticism for their failure to provide meaningful cash payments. Here, of course, this is not the case. However, Class Counsel believes that it would be a meaningful improvement, at modest cost, to increase the actual final check amounts to **$60.00** and **$120.00**, respectively.

Plaintiffs' Counsel proposes to raise these amounts by reducing Class Counsel's court-approved attorneys' fees of $363,000 by $2,200.00 and moving that amount to the class net payments. (*See* Doc. 113 ¶ 11.) Defendant Ascenda does not oppose this alteration to the Settlement Agreement and the Court's Order of Final Approval. The Class Administrator communicated today that this Notice to the Court would be necessary (for tax purposes) to properly effectuate this change.

Class Counsel does not believe that additional notice to Class Members is necessary, as they will be receiving exactly what or more than was communicated to them in the Notices, and no Class Member objected to those amounts. (*See* Doc. 111 at 1.) All that may be required is for the Court to amend its Final Approval Order such that the amount paid for attorneys' fees would be $360,800 ($363,000-$2,200). Should the Court agree, Plaintiffs attach a proposed Amended Order making that alteration. (Ex. 2.)

Dated this 20th day of April, 2018.

                                                  Respectfully submitted,

                                                  */s/Brandon J. Hill*
                                                  **LUIS A. CABASSA**
                                                  Florida Bar Number: 0053643
                                                  Direct No.: 813-379-2565
                                                  **BRANDON J. HILL**
                                                  Florida Bar Number: 37061
                                                  Direct No.: 813-337-7992
                                                  **WENZEL FENTON CABASSA, P.A.**
                                                  1110 North Florida Avenue, Suite 300
                                                  Tampa, FL 33602
                                                  Main No.: 813-224-0431
                                                  Facsimile: 813-229-8712
                                                  Email: lcabassa@wfclaw.com
                                                  Email: bhill@wfclaw.com
                                                  Email: twells@wfclaw.com
                                                  **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of this filing to:

Brian M. Ercole
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd.
Miami, FL 33131
Counsel for Defendant Ascenda USA Inc.

Alex S. Drummond
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, GA 30309
Counsel for Defendant Verified Credentials, Inc.

             */s/Brandon J. Hill*
             **BRANDON J. HILL**

Case 0:16-cv-60364-WPD   Document 115   Entered on FLSD Docket 04/20/2018   Page 5 of 5